JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN CAMERON,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>ALEX VILLANUEVA, et al.,<br><br>　　　　Defendants. | Case No. CV 19-395-DSF (SP)<br><br><br>**JUDGMENT** |

　　Pursuant to the Memorandum and Order Dismissing Action for Failure to Prosecute,

　　IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice.

Dated: June 26, 2020

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE